**NINA R. RINGGOLD, ESQ. (SBN (CA) 133735)**
**LAW OFFICE OF NINA R. RINGGOLD**
**9420 Reseda Blvd. #361**
**Northridge, CA  91324**
**Telephone: (818) 773-2409**
**Facsimile: (866) 340-4312**
**Email:  nrringgold@aol.com**
**Attorney for Plaintiffs**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE LAW OFFICES OF NINA RINGGOLD AND ALL CURRENT CLIENTS THEREOF on their own behalves and all similarly situated persons,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**JERRY BROWN in his Individual and Official Capacity as Governor of the State of California and in his Individual and Official Capacity as Former Attorney General of the State of California; KAMALA HARRIS in her Individual and Official Capacity as Current Attorney General of the State of California,  COMMISSION ON JUDICIAL PERFORMANCE OF THE STATE OF CALIFORNIA as a state agency and constitutional entity, ELAINE HOWLE in her Individual and Official Capacity as California State Auditor and DOES 1-10.**<br><br>**Defendants.** | **Case No.: 2:12-CV-00717-JAM-JFM**<br><br>**ORDER TO SUBMIT CONFIDENTIAL FINANCIAL INFORMATION RE INABILITY TO PAY UNDER SEAL** |

Upon application of counsel for the plaintiffs and good cause appearing,

IT IS HEREBY ORDERED

That the application to file under seal confidential financial information regarding the inability to pay is GRANTED.

DATED:  2/19/2013

/s/ John A. Mendez_____

JUDGE OF THE UNITED STATES DISTRICT COURT